DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
TRAVIS JARMEL WASHINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>TRAVIS JARMEL WASHINGTON,<br><br>            Defendant. | Cr.S. 09-063-EJG<br><br>**STIPULATION AND [PROPOSED]<br>ORDER**<br><br>DATE:  Ausust 7, 2009<br>TIME:  10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

   It is hereby stipulated and agreed to between the United States of America through SAMANTHA SPANGLER, Assistant U.S. Attorney, and defendant, TRAVIS JARMEL WASHINGTON by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, August 7, 2009 be continued to Friday, September 25, 2009 at 10:00 a.m..

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Speedy trial time is to be excluded from the date of this order

1 through the date of the status conference set for September 25, 2009
2 pursuant to 18 U.S.C. §§ 3161(h)(7)(A)&(B)(iv) [reasonable time to
3 prepare] (Local Code T4).

5 DATED: August 5, 2009            Respectfully submitted,
                                   DANIEL J. BRODERICK
6                                  Federal Defender

7                                  /S/ Benjamin Galloway
                                   BENJAMIN GALLOWAY
8                                  Assistant Federal Defender
                                   Attorney for Defendant
9                                  TRAVIS JARMEL WASHINGTON

11 DATED: August 5, 2009            LAWRENCE G. BROWN
                                    United States Attorney
12
                                    /s/ Benjamin Galloway for
13                                  SAMANTHA SPANGLER
                                    Assistant U.S. Attorney
14                                  Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including September 25, 2009 in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: Aug 5, 2009.                          _____
                                             EDWARD J. GARCIA
                                             United States District Judge