1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   TRAVIS JARMEL WASHINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                             )<br>           Plaintiff,       )<br>                             )<br>      v.                     )<br>                             )<br> TRAVIS JARMEL WASHINGTON,   )<br>                             )<br>           Defendant.        )<br>                             )<br> _____) | Cr.S. 09-063-EJG<br><br>**STIPULATION AND ORDER** *As corrected*<br>DATE: November 6, 2009<br>TIME:  10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

It is hereby stipulated and agreed to between the United States of America through SAMANTHA SPANGLER, Assistant U.S. Attorney, and defendant, TRAVIS JARMEL WASHINGTON by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, September 25, 2009, be continued to Friday, November 6, 2009, at 10:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for November 6, 2009,

1  pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to
2  prepare] (Local Code T4).

4  DATED: September 23, 2009        Respectfully submitted,
5                                   DANIEL J. BRODERICK
                                    Federal Defender
6
                                    /S/ Benjamin Galloway
7                                   BENJAMIN GALLOWAY
                                    Assistant Federal Defender
8                                   Attorney for Defendant
                                    TRAVIS JARMEL WASHINGTON
9

10
11 DATED: September 23, 2009        LAWRENCE G. BROWN
                                    United States Attorney
12                                  /s/ Benjamin Galloway for
                                    SAMANTHA SPANGLER
13                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff

17                                **O R D E R**
18    **IT IS SO ORDERED.**  Time is excluded from today's date through and
19 including November 6*, 2009, in the interests of justice pursuant to 18
20 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local
21 Code T4. The Court finds that the ends of justice served by granting
22 this continuance outweigh the interests of the defendant and the public
23 in a speedy trial.

25 DATED: Sept. 23, 2009.           /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
26                                  United States District Judge

**2**