DANIEL BRODERICK, Bar #89424
Federal Defender
BENJAMIN GALLOWAY, Bar #214897
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TRAVIS JAMEL WASHINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-09-063 EJG |
| ) Plaintiff, ) | |
| ) v. ) | STIPULATION AND ORDER MODIFYING PRE-TRIAL RELEASE CONDITIONS |
| ) TRAVIS JARMEL WASHINGTON, ) | |
| ) Defendant. ) | Judge: Hon. Kimberly J. Mueller |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Samantha Spangler, Assistant United States Attorney, attorney for Plaintiff, and Benjamin Galloway, Assistant Federal Defender, attorney for Travis Jarmel Washington, that Mr. Washington's pretrial release condition of electronic monitoring be removed.

Mr. Washington is currently supervised in the Central District of California by Pretrial Services Officer Elizabeth Brassell. According to Eastern District of California Pretrial Services Officer Renee Basurto, Officer Brassell reports that Mr. Washington has been compliant during his four months of supervision. There is no objection

by Officer Brassell or Officer Basurto to removal of the electronic monitoring condition.

Dated: October 19, 2009        Respectfully submitted,

/s/ Benjamin D. Galloway
BENJAMIN D. GALLOWAY
Federal Defender
Attorney for Defendant
TRAVIS JAMEL WASHINGTON

LARRY BROWN
United States Attorney

/s/ Benjamin D. Galloway for
SAMANTHA SPANGLER
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: October 22, 2009.

U.S. MAGISTRATE JUDGE

2