1  DANIEL J. BRODERICK, Bar# 89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   TRAVIS JARMEL WASHINGTON

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

   UNITED STATES OF AMERICA,     )
12                               )    Cr.S. 09-063-EJG
                  Plaintiff,      )
13                               )    **STIPULATION AND ORDER**
         v.                       )
14                               )    DATE:  January 15, 2010
   TRAVIS JARMEL WASHINGTON,     )    TIME:  10:00 a.m.
15                               )    JUDGE: Hon. Edward J. Garcia
                  Defendant.      )
16                               )
                                 )
17 _____)

18     It is hereby stipulated and agreed to between the United States of

19 America through SAMANTHA SPANGLER, Assistant U.S. Attorney, and

20 defendant, TRAVIS JARMEL WASHINGTON by and through his counsel,

21 BENJAMIN GALLOWAY, Assistant Federal Defender, that the status

22 conference set for Friday, November 6, 2009, be continued to Friday,

23 January 15, 2010, at 10:00 a.m..

24     This continuance is being requested as the parties are working

25 toward a resolution of the matter, but need additional time to complete

26 that process.

27     Speedy trial time is to be excluded from the date of this order

28 through the date of the status conference set for January 15, 2010,

1   pursuant to 18 U.S.C. §§ 3161 (h)(7)(A)&(B)(iv) [reasonable time to
2   prepare] (Local Code T4).

3

4   DATED: November 3, 2009        Respectfully submitted,

5                                  DANIEL J. BRODERICK
                                   Federal Defender
6
                                   /S/ Benjamin Galloway
7                                  BENJAMIN GALLOWAY
                                   Assistant Federal Defender
8                                  Attorney for Defendant
                                   TRAVIS JARMEL WASHINGTON
9

10
11  DATED: November 3, 2009        LAWRENCE G. BROWN
                                   United States Attorney
12                                 /s/ Benjamin Galloway for
                                   SAMANTHA SPANGLER
13                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff
14

15

16                             O R D E R

17      **IT IS SO ORDERED.**  The status conference set for Friday, November 6,

18  2009, is continued to Friday, January 15, 2010, at 10:00 a.m..  Time is

19  excluded from today's date through and including January 15, 2010, in

20  the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv)

21  [reasonable time to prepare] and Local Code T4. The Court finds that

22  the ends of justice served by granting this continuance outweigh the

23  interests of the defendant and the public in a speedy trial.

24

25  DATED: November 4, 2009.              /s/ Edward J. Garcia
26                                        EDWARD J. GARCIA
                                          United States District Judge
27

28

**2**