BENJAMIN B. WAGNER
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:09-cr-63 EJG |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE |
| ) | |
| TRAVIS JARMEL WASHINGTON, ) | |
| ) | |
| Defendant. ) | |

## Stipulation

This case is scheduled for status conference on January 15, 2010.  So that the undersigned prosecutor may take a vacation that includes that date, the parties stipulate that the status conference may be continued to January 29, 2010, at 10:00 a.m.  The parties are in the process of negotiating a plea agreement, and defense counsel could use the additional time to further review the proposed plea agreement with his client.  Counsel anticipate that there may be a change of plea at the next court appearance.

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of January 29, 2010, pursuant to 18

1

U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for counsel continuity and preparation, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

Defense counsel has authorized the prosecutor to sign this stipulation on his behalf.

DATED:   January 5, 2010                BENJAMIN B. WAGNER
                                        United States Attorney

                                  by    /s/
                                        Samantha S. Spangler
                                        Assistant U.S. Attorney


DATED:   January 5, 2010          by    /s/  for
                                        Benjamin D. Galloway
                                        Assistant Federal Defender
                                        Counsel for Defendant
                                        Travis Jarmel Washington

## Order

Good cause appearing, the status conference scheduled for January 15, 2010 is ordered continued to January 29, 2010, at 10:00 a.m.  The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.  Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of January 29, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4.

IT IS SO ORDERED.

DATED:   January 6, 2010                /s/ Edward J. Garcia
                                        EDWARD J. GARCIA, JUDGE
                                        UNITED STATES DISTRICT COURT