DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone (916) 498-5700

Attorney for Defendant
TRAVIS JARMEL WASHINGTON



FILED
FEB 2 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>    v. )<br>TRAVIS JARMEL WASHINGTON, )<br>        Defendant. )<br>_____ ) | Cr.S. 09-063-EJG<br><br>**STIPULATION AND ORDER**<br><br>DATE: February 26, 2010<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

     It is hereby stipulated and agreed to between the United States of America through SAMANTHA SPANGLER, Assistant U.S. Attorney, and defendant, TRAVIS JARMEL WASHINGTON by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, January 29, 2010, be continued to Friday, February 26, 2010, at 10:00 a.m..

     The reason for this continuance is defense counsel is awaiting supplemental discovery and will need time to review the supplemental discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

1   Speedy trial time is to be excluded from the date of this order
2   through the date of the status conference set for February 26, 2010,
3   pursuant to 18 U.S.C. §§ 3161(h)(7)(A)&(B)(iv) [reasonable time to
4   prepare] (Local Code T4).

6   DATED: January 26, 2010      Respectfully submitted,
7                                DANIEL J. BRODERICK
                                 Federal Defender
8
                                 /S/ Benjamin Galloway
9                                BENJAMIN GALLOWAY
                                 Assistant Federal Defender
10                               Attorney for Defendant
                                 TRAVIS JARMEL WASHINGTON
11

12
13  DATED: January 26, 2010      BENJAMIN B. WAGNER
                                 United States Attorney
14                               /s/ Benjamin Galloway for
                                 SAMANTHA SPANGLER
15                               Assistant U.S. Attorney
                                 Attorney for Plaintiff
16

19                               **O R D E R**

20  **IT IS SO ORDERED.** Time is excluded from today's date through and
21  including February 26, 2010, in the interests of justice pursuant to 18
22  U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local
23  Code T4. The Court finds that the ends of justice served by granting
24  this continuance outweigh the interests of the defendant and the public
25  in a speedy trial.

27  DATED: Jan 28, 2010.          _____
                                  EDWARD J. GARCIA
28                                United States District Judge