1 | DANIEL BRODERICK, Bar #89424
Federal Defender
2 | BENJAMIN GALLOWAY, Bar #214897
Assistant Federal Defender
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
TRAVIS JAMEL WAHSINGTON

6

**FILED**

FEB 1 0 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

7

8 |                    IN THE UNITED STATES DISTRICT COURT

9 |                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA,        )   No. CR-S-09-0630 EJG
                                     )
13 |                 Plaintiff,       )
                                     )
14 |      v.                          )   WAIVER OF DEFENDANT'S PRESENCE
                                     )
15 | TRAVIS JAMEL WASHINGTON,         )   as amended
                                     )
16 |                 Defendant.       )
                                     )
17 | _____)

18

19 |         Pursuant to Rule 43 of the Federal Rules of Criminal Procedure,

20 | the defendant, TRAVIS JAMEL WASHINGTON, hereby waives the right to be

21 | present in person in open court upon the hearing of any motion or other

22 | proceeding in this case, including, but not limited to, when the case

23 | is set for trial, when a continuance is ordered, and when any other

24 | action is taken by the court before or after trial, except upon

25 | arraignment, plea, impanelment of jury and imposition of sentence.

26 | Defendant hereby requests the Court to proceed during every absence of

27 | his which the Court may permit pursuant to this waiver; agrees that his

28 | interests will be deemed represented at all times by the presence of

1   his attorney, the same as if defendant were personally present; and

2   further agrees to be present in court ready for trial any day and hour

3   the Court may fix in his absence.

4       Defendant further acknowledges that he has been informed of his

5   rights under Title 18 U.S.C. §§3161-3174 (Speedy Trial Act), and

6   authorizes his attorney to set times and delays under that Act without

7   defendant being present.

8   Dated: July 10, 2009

9                           _____
                            TRAVIS JAMEL WASHINGTON

10

11  I agree with and consent to my client's waiver of appearance.

12

    Dated: July 10, 2009         /s/ Benjamin Galloway
13                               _____
                                 BENJAMIN GALLOWAY
                                 Assistant Federal Defender
14                               Attorney for Defendant
                                 TRAVIS JAMEL WASHINGTON

15

16

17

The Court requires defendant's presence at all evidentiary hearings, the trial confirmation and during the entirety of the trial.

Dated:   2 / 10 / 10        _____
                            EDWARD J. GARCIA
                            U. S. DISTRICT JUDGE

27

28