

1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMANTHA S. SPANGLER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cr-63 EJG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| TRAVIS JARMEL WASHINGTON, | |
| Defendant. | |

## Stipulation

This case is scheduled for status conference on February 26, 2010. The government is in the process of searching for records regarding when the defendant opened a final mailbox, which bears on the issue of when he allegedly joined the conspiracy. That matter affects the parties' plea negotiations. Therefore, the parties stipulate that the status conference may be continued to April 2, 2010, at 10:00 a.m.

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of April 2, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for counsel preparation,

1

1 because the interests of justice served by granting this continuance
2 outweigh the interests of the defendant and the public in a speedy
3 trial.
4   Defense counsel has authorized the prosecutor to sign this
5 stipulation on his behalf.

6 DATED: February 23, 2010          BENJAMIN B. WAGNER
                                    United States Attorney
7
8                             by    /s/ Samantha S. Spangler
                                    Samantha S. Spangler
9                                   Assistant U.S. Attorney

10

11 DATED: February 23, 2010    by   /s/ Samantha S. Spangler  for
                                    Benjamin D. Galloway
12                                  Assistant Federal Defender
                                    Counsel for Defendant
13                                  Travis Jarmel Washington

14                                 Order

15   Good cause appearing, the status conference scheduled for
16 February 26, 2010 is ordered continued to April 2, 2010, at 10:00
17 a.m.  The Court finds that the interests of justice served by
18 granting this continuance outweigh the interests of the defendant
19 and the public in a speedy trial.  Therefore, time is excluded from
20 the speedy trial calculation under the Speedy Trial Act through the
21 new status conference date of April 2, 2010, pursuant to 18 U.S.C. §
22 3161(h)(7)(B)(iv) and Local Code T4.
23   IT IS SO ORDERED.
24 DATED: February **23**, 2010      _____
                                     EDWARD J. GARCIA, JUDGE
25                                   UNITED STATES DISTRICT COURT