DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
TRAVIS JARMEL WASHINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>          Plaintiff,            )<br>                                 )<br>     v.                          )<br>                                 )<br>TRAVIS JARMEL WASHINGTON,        )<br>                                 )<br>          Defendant.             )<br>_____ ) | Cr.S. 09-063-EJG<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER**<br><br>DATE: April 2, 2010<br>TIME:  10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

<u>Stipulation</u>

   This case is scheduled for status conference on April 2, 2010. The government continues the process of searching for records regarding when the defendant opened a final mailbox, which bears on the issue of when he allegedly joined the conspiracy. That matter affects the parties' plea negotiations. Therefore, the parties stipulate that the status conference may be continued to April 30, 2010, at 10:00 a.m.

   The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the

new status conference date of April 30, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for counsel preparation, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: March 30, 2010          Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /S/ Benjamin Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Defendant
                               TRAVIS JARMEL WASHINGTON


DATED: March 30, 2010          BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Benjamin Galloway for
                               SAMANTHA SPANGLER
                               Assistant U.S. Attorney
                               Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from April 2, 2010 through and including April 30, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: March 31, 2010.                  /s/Edward J. Garcia
                                        EDWARD J. GARCIA
                                        United States District Judge