```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
TRAVIS JARMEL WASHINGTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Cr.S. 09-063-EJG |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | |
| ) | DATE: May 28, 2010 |
| TRAVIS JARMEL WASHINGTON, ) | TIME: 10:00 a.m. |
| ) | JUDGE: Hon. Edward J. Garcia |
| Defendant. ) | |
| ) | |
| _____ ) | |

### Stipulation

This case is scheduled for status conference on April 30, 2010. The government continues the process of searching for records regarding when the defendant opened a final mailbox, which bears on the issue of when he allegedly joined the conspiracy. That matter affects the parties' plea negotiations. Therefore, the parties stipulate that the status conference may be continued to May 28, 2010, at 10:00 a.m.

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of May 28, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, for counsel preparation, because

1  the interests of justice served by granting this continuance
2  outweigh the interests of the defendant and the public in a speedy
3  trial.
4
5  DATED: April 28, 2010          Respectfully submitted,
6                                 DANIEL J. BRODERICK
                                   Federal Defender
7
                                   /S/ Benjamin Galloway
8                                  BENJAMIN GALLOWAY
                                   Assistant Federal Defender
9                                  Attorney for Defendant
                                   TRAVIS JARMEL WASHINGTON
10
11
   DATED: April 28, 2010          BENJAMIN B. WAGNER
12                                 United States Attorney
13                                 /s/ Benjamin Galloway for
                                   SAMANTHA SPANGLER
14                                 Assistant U.S. Attorney
                                   Attorney for Plaintiff
15
16
17
                                **O R D E R**
18
      **IT IS SO ORDERED.**  Time is excluded from April 28, 2010 through and
19
   including May 28, 2010, in the interests of justice pursuant to 18
20
   U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local
21
   Code T4. The Court finds that the ends of justice served by granting
22
   this continuance outweigh the interests of the defendant and the public
23
   in a speedy trial.
24
   DATED: April 29, 2010.         /s/ Edward J. Garcia
25                                 EDWARD J. GARCIA
                                   United States District Judge
26
27
28

**2**