DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
TRAVIS JARMEL WASHINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRAVIS JARMEL WASHINGTON, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Cr.S. 09-063-EJG <br><br> **STIPULATION AND ORDER** <br><br> DATE: June 25, 2010 <br> TIME: 10:00 a.m. <br> JUDGE: Hon. Edward J. Garcia |

### Stipulation

This case is scheduled for status conference on May 28, 2010.  The parties have concluded their investigation of the case and the government has tendered a draft plea agreement.  The defense requires additional time to review the proposed resolution with Mr. Washington, who resides in Southern California, and to communicate with representatives of the Probation Office and Mr. Washington's attorney in the Central District of California regarding resolution of a pending violation of supervised release arising from the conduct at issue in the present case.  It is anticipated that a guilty plea will be entered at next appearance.  Therefore, the parties stipulate that the status

conference may be continued to June 25, 2010, at 10:00 a.m..

The parties further stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of June 25, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, for counsel preparation, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: May 25, 2010          Respectfully submitted,

                             DANIEL J. BRODERICK
                             Federal Defender

                             /S/ Benjamin Galloway
                             BENJAMIN GALLOWAY
                             Assistant Federal Defender
                             Attorney for Defendant
                             TRAVIS JARMEL WASHINGTON


DATED: May 25, 2010          BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Benjamin Galloway for
                             SAMANTHA SPANGLER
                             Assistant U.S. Attorney
                             Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from May 28, 2010 through and including June 25, 2010, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4. The Court finds that the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: May 25, 2010.         /s/ Edward J. Garcia
                             EDWARD J. GARCIA
                             United States District Judge

**2**