DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
TRAVIS JARMEL WASHINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TRAVIS JARMEL WASHINGTON, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Cr.S. 09-063-EJG <br><br> **STIPULATION AND ORDER** <br><br> DATE: July 30, 2010 <br> TIME: 10:00 a.m. <br> JUDGE: Hon. Edward J. Garcia |

## Stipulation

This case is scheduled for status conference on June 25, 2010.  The parties have concluded their investigation of the case and the government has tendered a draft plea agreement.  The defense is in the process of reviewing discovery relating to the proposed resolution with Mr. Washington, who resides in Southern California.  This process is delayed by the need to redact many hundreds of pages pursuant to an agreement between counsel designed to protect personal identifying information of victims and others.  Defense counsel is also coordinating with representatives of the Probation Office and Mr. Washington's attorney in the Central District of California regarding resolution of a pending violation of supervised release arising from

Case 2:09-cr-00063-WBS   Document 37   Filed 06/24/10   Page 2 of 3

1 the conduct at issue in the present case.  Therefore, the parties
2 stipulate that the status conference may be continued to July 30, 2010,
3 at 10:00 a.m..
4     The parties further stipulate that time may be excluded from
5 the speedy trial calculation under the Speedy Trial Act through the
6 new status conference date of July 30, 2010, pursuant to 18 U.S.C.
7 §3161(h)(7)(B)(iv) and Local Code T4, for counsel preparation, because
8 the interests of justice served by granting this continuance
9 outweigh the interests of the defendant and the public in a speedy
10 trial.
11 DATED: June 22, 2010          Respectfully submitted,
12                               DANIEL J. BRODERICK
                                  Federal Defender
13
                                  /S/ Benjamin Galloway
14                                BENJAMIN GALLOWAY
                                  Assistant Federal Defender
15                                Attorney for Defendant
                                  TRAVIS JARMEL WASHINGTON
16

17
18 DATED: June 22, 2010          BENJAMIN B. WAGNER
                                  United States Attorney
19                                /s/ Benjamin Galloway for
                                  SAMANTHA SPANGLER
20                                Assistant U.S. Attorney
                                  Attorney for Plaintiff
21

22
                                **O R D E R**
23

24    Good cause appearing, the status conference scheduled for
25 June 25, 2010 is ordered continued to July 30, 2010, at 10:00
26 a.m..  The Court finds that the interests of justice served by
27 granting this continuance outweigh the interests of the defendant
28 and the public in a speedy trial. Therefore, time is excluded from

**2**

the speedy trial calculation under the Speedy Trial Act through the new status conference date of July 30, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

**IT IS SO ORDERED.**

DATED: June 22, 2010.        /s/ Edward J. Garcia
                             EDWARD J. GARCIA
                             United States District Judge