DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
TRAVIS JARMEL WASHINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TRAVIS JARMEL WASHINGTON,<br><br>  Defendant. | Cr.S. 09-063-EJG<br><br>**STIPULATION AND ORDER**<br><br>DATE: August 27, 2010<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

<u>Stipulation</u>

This case is scheduled for status conference on July 30, 2010.  The parties have concluded their investigation of the case and the government has tendered a draft plea agreement.  The defense is in the process of reviewing discovery relating to the proposed resolution with Mr. Washington, who resides in Southern California.  This process was delayed in order to redact many hundreds of pages pursuant to an agreement between counsel designed to protect personal identifying information of victims and others.  The task of redacting is now complete and the relevant materials have been sent to Mr. Washington for review and discussion.  Defense counsel is also continuing to coordinate with representatives of the Probation Office and Mr.

1 | Washington's attorney in the Central District of California regarding
2 | resolution of a pending violation of supervised release arising from
3 | the conduct at issue in the present case.  Therefore, the parties
4 | stipulate that the status conference may be continued to August 27,
5 | 2010, at 10:00 a.m..
6 |     The parties further stipulate that time may be excluded from
7 | the speedy trial calculation under the Speedy Trial Act through the
8 | new status conference date of August 27, 2010, pursuant to 18 U.S.C.
9 | §3161(h)(7)(B)(iv) and Local Code T4, for counsel preparation, because
10 | the interests of justice served by granting this continuance
11 | outweigh the interests of the defendant and the public in a speedy
12 | trial.

DATED: July 26, 2010              Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /S/ Benjamin Galloway
                                  BENJAMIN GALLOWAY
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  TRAVIS JARMEL WASHINGTON


DATED: July 26, 2010              BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ Benjamin Galloway for
                                  SAMANTHA SPANGLER
                                  Assistant U.S. Attorney
                                  Attorney for Plaintiff


**O R D E R**

Good cause appearing, the status conference scheduled for July 30, 2010 is ordered continued to August 27, 2010, at 10:00 a.m..  The Court finds that the interests of justice served by

1  granting this continuance outweigh the interests of the defendant
2  and the public in a speedy trial. Therefore, time is excluded from
3  the speedy trial calculation under the Speedy Trial Act through the
4  new status conference date of August 27, 2010, pursuant to 18
5  U.S.C. § 3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local
6  Code T4.
7  **IT IS SO ORDERED.**

9  DATED: July 28, 2010.          /s/ Edward J. Garcia
                                  EDWARD J. GARCIA
10                                United States District Judge