```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
TRAVIS JARMEL WASHINGTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) <br> ) <br>            Plaintiff,           ) <br> ) <br>     v.           ) <br> ) <br> TRAVIS JARMEL WASHINGTON,           ) <br> ) <br>            Defendant.           ) <br> ) <br> _____ ) | Cr.S. 09-063-EJG <br><br> **STIPULATION AND ORDER** <br><br> DATE: September 17, 2010 <br> TIME: 10:00 a.m. <br> JUDGE: Hon. Edward J. Garcia |

Stipulation

This case is scheduled for status conference on August 27, 2010. The parties have concluded their investigation of the case and the government has tendered a draft plea agreement. Defense counsel is working toward resolution of the matter, and also coordinating with Mr. Washington's attorney in the Central District of California regarding resolution of a pending violation of supervised release arising from the conduct at issue in the present case. That matter will be heard in the Central District of California on Monday August 23, 2010.

This continuance is being requested because of defense counsel's involvement in a trial beginning on August 24th. Immediately following that trial, defense counsel is being sent out of the District for a

1  week training sponsored by the Federal Judicial Center.  The above-
2  described work to resolve this matter will continue during the
3  requested continuance.  Therefore, the parties stipulate that the
4  status conference may be continued to September 17, 2010, at 10:00
5  a.m..
6     The parties further stipulate that time may be excluded from
7  the speedy trial calculation under the Speedy Trial Act through the
8  new status conference date of September 17, 2010, pursuant to 18 U.S.C.
9  §3161(h)(7)(B)(iv) and Local Code T4, for counsel preparation, because
10 the interests of justice served by granting this continuance
11 outweigh the interests of the defendant and the public in a speedy
12 trial.
13 DATED: August 20, 2010        Respectfully submitted,

14                               DANIEL J. BRODERICK
                                 Federal Defender
15
                                 /S/ Benjamin Galloway
16                               BENJAMIN GALLOWAY
                                 Assistant Federal Defender
17                               Attorney for Defendant
                                 TRAVIS JARMEL WASHINGTON
18

19
20 DATED: August 20, 2010        BENJAMIN B. WAGNER
                                 United States Attorney
21
                                 /s/ Benjamin Galloway for
                                 SAMANTHA SPANGLER
22                               Assistant U.S. Attorney
                                 Attorney for Plaintiff
23

24
                                **O R D E R**
25

26    Good cause appearing, the status conference scheduled for
27 August 27, 2010 is ordered continued to September 17, 2010, at 10:00
28 a.m..  The Court finds that the interests of justice served by

granting this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of September 17, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

**IT IS SO ORDERED.**

DATED: August 23, 2010.        /s/
                               EDWARD J. GARCIA
                               United States District Judge

3