```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
TRAVIS JARMEL WASHINGTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>            Plaintiff,           )<br>                                 )<br>       v.                        )<br>                                 )<br>TRAVIS JARMEL WASHINGTON,        )<br>                                 )<br>            Defendant.           )<br>                                 )<br>_____ ) | Cr.S. 09-063-EJG<br><br>**STIPULATION AND ORDER**<br><br>DATE: October 29, 2010<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

<u>Stipulation</u>

This case is scheduled for status conference on September 17, 2010, at 10:00 a.m.. The parties are working toward resolution of the matter. The parties have conferred and agree that additional time is needed for that purpose. Specifically, the parties have agreed that a pre-plea referral to probation for a criminal history calculation would aid the parties toward resolving the case and respectfully request that this Court order the Probation Office to prepare a pre-plea report regarding the criminal history calculation in this case. Supervising Probation Officer Linda Alger has been consulted and advises that five weeks are needed to complete such a report.

Therefore, the parties stipulate that the status conference may be

continued to October 29, 2010, at 10:00 a.m..

The parties further agree that a a pre-plea report regarding criminal history calculation from the probation office will aid counsel in resolving the case.

Finally, the parties stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of October 29, 2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, for counsel preparation, because the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial.

DATED: September 13, 2010           Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /S/ Benjamin Galloway
                                    BENJAMIN GALLOWAY
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    TRAVIS JARMEL WASHINGTON


DATED: September 13, 2010           BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ Benjamin Galloway for
                                    SAMANTHA SPANGLER
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff


**O R D E R**

Good cause appearing, the status conference scheduled for September 17, 2010 is ordered continued to October 29, 2010, at 10:00 a.m..  The Court finds that the interests of justice served by

granting this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of October 29, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

In addition, the Court further ORDERS the United States Probation Office to prepare and disclose to the parties a pre-plea advisory guideline presentence investigation report.

**IT IS SO ORDERED.**

DATED: September 13, 2010.          /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
                                    United States District Judge