```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
TRAVIS JARMEL WASHINGTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>             Plaintiff,     )<br>                            )<br>        v.                  )<br>                            )<br> TRAVIS JARMEL WASHINGTON,   )<br>                            )<br>             Defendant.     )<br>                            )<br> _____  ) | Cr.S. 09-063-EJG<br><br>**STIPULATION AND ORDER**<br><br>DATE: December 10, 2010<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

## Stipulation

This case is scheduled for status conference on October 29, 2010, at 10:00 a.m.. At the request of the parties, the Court recently ordered the Probation Office to prepare a pre-plea report regarding the criminal history calculation in this case to aid resolution of this case. The parties have been informed that the report is undergoing supervisory review and should be distributed in the near future. Once the report is received, the parties will require additional time to review the report and make any necessary adjustments to the plea agreement. In addition, defense counsel will need time to review the pre-plea report and revised offer with the defendant. It is anticipated that the matter will resolve at the next hearing.

1  Therefore, the parties stipulate that the status conference may be
2  continued to December 10, 2010, at 10:00 a.m..  The parties stipulate
3  that time may be excluded from the speedy trial calculation under the
4  Speedy Trial Act through the new status conference date of December 10,
5  2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, for
6  counsel preparation, because the interests of justice served by
7  granting this continuance outweigh the interests of the defendant and
8  the public in a speedy trial.

10 DATED: October 21, 2010              Respectfully submitted,
11                                      DANIEL J. BRODERICK
                                        Federal Defender
12
                                        /S/ Benjamin Galloway
13                                      BENJAMIN GALLOWAY
                                        Assistant Federal Defender
14                                      Attorney for Defendant
                                        TRAVIS JARMEL WASHINGTON
15

16
17 DATED: October 21, 2010              BENJAMIN B. WAGNER
                                        United States Attorney
18                                      /s/ Benjamin Galloway for
                                        SAMANTHA SPANGLER
19                                      Assistant U.S. Attorney
                                        Attorney for Plaintiff
20

21
                                **O R D E R**
22

23   Good cause appearing, the status conference scheduled for
24 October 29, 2010, is ordered continued to December 10, 2010, at 10:00
25 a.m..  The Court finds that the interests of justice served by
26 granting this continuance outweigh the interests of the defendant
27 and the public in a speedy trial. Therefore, time is excluded from
28 the speedy trial calculation under the Speedy Trial Act through the

**2**

1  new status conference date of December 10, 2010, pursuant to 18
2  U.S.C. § 3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local
3  Code T4.
4     **IT IS SO ORDERED.**
5
6  DATED: October 25 2010.          /s/ Edward J. Garcia
                                    EDWARD J. GARCIA
7                                   United States District Judge