1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar #214897
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone (916) 498-5700

5  Attorney for Defendant
   TRAVIS JARMEL WASHINGTON



FILED
DEC 1 4 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr.S. 09-063-EJG |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER** |
| | ) | |
| TRAVIS JARMEL WASHINGTON, | ) | DATE: January 7, 2011 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Hon. Edward J. Garcia |
| | ) | |
| | ) | |

## Stipulation

This case is scheduled for status conference on December 10, 2010, at 10:00 a.m..  This continuance is being requested as the parties are working toward a resolution of the matter, but need additional time to complete that process.  The parties continue to work diligently to reach common ground, however, these efforts have been hindered by the complexities associated with the fact that the conduct is alleged to have occurred approximately six years ago as a relatively small part of a larger conspiracy.

Resolution of this case is further complicated by a pending supervised release violation in the Central District of California based on the present offense.

1  The parties anticipate that this will be the last request for a
2  continuance, and will endeavor to proceed with a change of plea at the
3  next hearing, or will ask that a trial be set.
4  Therefore, the parties stipulate that the status conference may be
5  continued to January 7, 2011, at 10:00 a.m.. The parties stipulate
6  that time may be excluded from the speedy trial calculation under the
7  Speedy Trial Act through the new status conference date of December 10,
8  2010, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, for
9  counsel preparation, because the interests of justice served by
10 granting this continuance outweigh the interests of the defendant and
11 the public in a speedy trial.

13 DATED: December 6, 2010          Respectfully submitted,

14                                  DANIEL J. BRODERICK
                                    Federal Defender
15
                                    /S/ Benjamin Galloway
16                                  BENJAMIN GALLOWAY
                                    Assistant Federal Defender
17                                  Attorney for Defendant
                                    TRAVIS JARMEL WASHINGTON
18

19
   DATED: December 6, 2010          BENJAMIN B. WAGNER
20                                  United States Attorney

21                                  /s/ Benjamin Galloway for
                                    SAMANTHA SPANGLER
22                                  Assistant U.S. Attorney
                                    Attorney for Plaintiff
23

24
                              **O R D E R**
25

26 Good cause appearing, the status conference scheduled for
27 December 10, 2010, is ordered continued to January 7, 2011, at 10:00
28 a.m.. The Court finds that the interests of justice served by

2

1 | granting this continuance outweigh the interests of the defendant
2 | and the public in a speedy trial. Therefore, time is excluded from
3 | the speedy trial calculation under the Speedy Trial Act through the
4 | new status conference date of January 7, 2011, pursuant to 18
5 | U.S.C. § 3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local
6 | Code T4.
7 | **IT IS SO ORDERED.**

DATED: Dec 9, 2010.

EDWARD J. GARCIA
United States District Judge