DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
TRAVIS JARMEL WASHINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TRAVIS JARMEL WASHINGTON,<br><br>  Defendant.<br>_____ | Cr.S. 09-063-EJG<br>**ORDER**<br><br>DATE: January 14, 2011<br>TIME: 10:00 a.m.<br>JUDGE: Hon. Edward J. Garcia |

<u>Stipulation</u>

This case is scheduled for status conference on January 7, 2011, at 10:00 a.m.. This continuance is being requested as the parties have worked to reach a resolution of the matter, but need one additional week to make final revisions to the plea agreement.

Therefore, the parties stipulate that the status conference may be continued to January 14, 2011, at 10:00 a.m.. The parties stipulate that time may be excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of January 14, 2011, pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) and Local Code T4, for counsel preparation, because the interests of justice served by granting this continuance outweigh the interests of the defendant and

the public in a speedy trial.

DATED: January 6, 2011                Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /S/ Benjamin Galloway
                                      BENJAMIN GALLOWAY
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      TRAVIS JARMEL WASHINGTON


DATED: January 6, 2011                BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Benjamin Galloway for
                                      SAMANTHA SPANGLER
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

## **O R D E R**

Good cause appearing, the status conference scheduled for January 7, 2011, is ordered continued to January 14, 2011, at 10:00 a.m.. The Court finds that the interests of justice served by granting this continuance outweigh the interests of the defendant and the public in a speedy trial. Therefore, time is excluded from the speedy trial calculation under the Speedy Trial Act through the new status conference date of January 14, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A)&(B)(iv) [reasonable time to prepare] and Local Code T4.

**IT IS SO ORDERED.**

DATED: January 6, 2011.               /s/ Edward J. Garcia
                                      EDWARD J. GARCIA
                                      United States District Judge

**2**