**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814
(916) 498-5700  Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

# MEMORANDUM

DATE: February 25, 2011

TO: Colleen Lydon, Courtroom Clerk to the
Honorable Edward J. Garcia
United States District Court Judge

FROM: Katina Whalen, Legal Secretary to
Benjamin Galloway, Assistant Federal Defender

SUBJECT: United States v. Travis Washington
Cr.S. 09-0063-EJG

FILED
MAR 1 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

---

Please continue the judgment and sentencing hearing currently set for April 1, 2011, to **Friday, May 20, 2011, at 10:00 a.m.** Assistant United States Attorney Samantha Spangler, United States Probation Officer Lynda Moore have no objection to the new scheduled dates. The following will be the new schedule for filing of objections to the Presentence Report:

|  | OLD DATE | NEW DATE |
|---|---|---|
| Presentence report disclosed | February 18, 2011 | April 8, 2011 |
| Counsel's Written Objections to the Presentence Report | March 4, 2011 | April 22, 2011 |
| The Presentence Report Final | March 11, 2011 | April 29, 2011 |
| Motion for Correction of the Presentence Report | March 18, 2011 | May 6, 2011 |
| Reply, or Statement of Non-Opposition | March 24, 2011 | May 13, 2011 |

If you have any questions concerning the above, please feel free to contact me.

BG:kw
cc: Lynda Moore, United States Probation Officer
Travis Washington

IT IS SO ORDERED:
2/28/11

_[signature]_
EDWARD J. GARCIA