**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 498-5700 Fax: (916) 498-5710

Daniel J. Broderick
Federal Defender

Linda C. Harter
Chief Assistant Defender

# MEMORANDUM

*& Order*

DATE: March 31, 2011

TO: Colleen Lydon, Courtroom Clerk to the
Honorable Edward J. Garcia
United States District Court Judge

FROM: Katina Whalen, Legal Secretary to
Benjamin Galloway, Assistant Federal Defender

SUBJECT: United States v. Travis Washington
Cr.S. 09-0063-EJG

FILED
APR 4 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

---

Please continue the judgment and sentencing hearing currently set for May 20, 2011, to **Friday, June 24, 2011, at 10:00 a.m.** Assistant United States Attorney Samantha Spangler, United States Probation Officer Lynda Moore have no objection to the new scheduled dates. The following will be the new schedule for filing of objections to the Presentence Report:

|  | OLD DATE | NEW DATE |
|---|---|---|
| Presentence report disclosed | April 8, 2011 | May 13, 2011 |
| Counsel's Written Objections to the Presentence Report | April 22, 2011 | May 27, 2011 |
| The Presentence Report Final | April 29, 2011 | June 3, 2011 |
| Motion for Correction of the Presentence Report | May 6, 2011 | June 10, 2011 |
| Reply, or Statement of Non-Opposition | May 13, 2011 | June 17, 2011 |

If you have any questions concerning the above, please feel free to contact me.

BG:kw
cc: Lynda Moore, United States Probation Officer
Travis Washington

IT IS SO ORDERED: 4/4/11

EDWARD J. GARCIA