**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814
(916) 498-5700  Fax: (916) 498-5710

*Daniel J. Broderick*  
*Federal Defender*

*Linda C. Harter*  
*Chief Assistant Defender*

# M E M O R A N D U M & O R D E R

DATE:       May 23, 2011

TO:         Colleen Lydon, Courtroom Clerk to the
            Honorable Edward J. Garcia
            United States District Court Judge

FROM:       Katina Whalen, Legal Secretary to
            Benjamin Galloway, Assistant Federal Defender

SUBJECT:    United States v. Travis Washington
            Cr.S. 09-0063-EJG

---

Please continue the judgment and sentencing hearing currently set for June 24, 2011, to **Friday, July 15, 2011, at 10:00 a.m.**  Assistant United States Attorney Samantha Spangler, United States Probation Officer Lynda Moore have no objection to the new scheduled dates. The following will be the new schedule for filing of objections to the Presentence Report:

|                                                  | OLD DATE       | NEW DATE       |
|--------------------------------------------------|----------------|----------------|
| Presentence report disclosed                     | May 13 , 2011  | June 3, 2011   |
| Counsel's Written Objections to the Presentence Report | May 27, 2011   | June 17, 2011  |
| The Presentence Report Final                     | June 3, 2011   | June 24, 2011  |
| Motion for Correction of the Presentence Report  | June 10, 2011  | July 1, 2011   |
| Reply, or Statement of Non-Opposition            | June 17, 2011  | July 8, 2011   |

If you have any questions concerning the above, please feel free to contact me.

BG:kw
cc:     Lynda Moore, United States Probation Officer
        Travis Washington

IT IS SO ORDERED THIS 23RD day of May, 2011.

/s/ Edward J. Garcia, Judge