```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
TRAVIS JARMEL WASHINGTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                              )<br>            Plaintiff,        )<br>                              )<br>      v.                      )<br>                              )<br>TRAVIS JARMEL WASHINGTON,     )<br>                              )<br>            Defendant.        )<br>                              )<br>_____) | Cr.S. 09-063-EJG<br><br>**MOTION TO EXONERATE BOND;**<br>**ORDER**<br><br>DATE:  No hearing requested<br>JUDGE: Hon. Edward J. Garcia |

On May 6, 2009, Travis Washington appeared before Magistrate Judge Patrick J. Walsh in Central District of California case number 2:09-mj-00906-DUTY based on an arrest warrant originating in the Eastern District of California in the above-entitled matter.  Magistrate Judge Walsh released Mr. Washington on an appearance bond in the amount of $50,000 secured by a deed of trust to the property of his mother, Dianne Washington-Dixon.

On July 15, 2011, Mr. Washington was sentenced by this Court to imprisonment in the Bureau of Prisons for a term of ten months.  Mr. Washington was allowed to voluntarily surrender the serve his sentence. Mr. Washington surrendered himself to the Marshal as the Court had ordered.  Mr. Washington is now in custody of the Bureau of Prisons.

1  Mr. Washington moves the Court to exonerate the $50,000 property
2  bond, and for an order directing the Clerk of the Court to reconvey
3  that property to its owner, Dianne Washington-Dixon.

5  Respectfully submitted,

6  DANIEL J. BRODERICK
   Federal Defender

8  Dated:  December 19, 2011      /s/ B. Galloway
                                  BENJAMIN D. GALLOWAY
9                                 Assistant Federal Defender
                                  Attorney for Travis Washington

**O R D E R**

14  The Court finds that Mr. Washington was released pursuant to a
15  $50,000.00 property bond which he posted to the Clerk of the Court with
16  the Central District of California in case number 2:09-mj-00906-DUTY.
17  Mr. Washington's case is closed and he is presently in Bureau of
18  Prisons custody serving his sentence.  He has satisfied all of his
19  obligations to the Court.

20  THEREFORE, it is hereby ORDERED that the $50,000.00 property bond in
21  this case is ordered exonerated and that the Clerk of the Court is
22  directed to reconvey to the sureties to Ms. Dianne Washington-Dixon on
23  the property posted on behalf of Mr. Washington.

**IT IS SO ORDERED.**

26  DATED: December 19, 2011.      /s/ Edward J. Garcia
                                   EDWARD J. GARCIA
27                                 United States District Judge

2